IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 17 PM 3:30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

T. A. WINGO, Trustee of
T. A. COX TRUST
d/b/a CITY CENTER SHOPPING CENTER,

    Plaintiff,

VS.

Cause No. 02-2914-DV

REPUBLIC-FRANKLIN INSURANCE
COMPANY, UTICA NATIONAL
INSURANCE GROUP, and
ALLIANZ GLOBAL RISKS
US INSURANCE COMPANY f/k/a
Allianz Insurance Company,

    Defendants.

## ORDER GRANTING MOTION TO REVISE SCHEDULING ORDER AND FOR NEW TRIAL DATE

This matter came before the Court upon the written Motion, Memorandum and Certificate of Consultation to Revise Scheduling Order and for New Trial Date filed by the Defendants. Whereupon, the Court finds that good cause having been shown, the Rule 16(b) Scheduling Order should be revised pursuant to the attached Revised Rule 16(b) Scheduling Order and the trial currently set to commence on October 17, 2005, should be continued to the first available date in May 2006.

WHEREFORE, PREMISES CONSIDERED, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Scheduling Order of March 2, 2005 is hereby revised as set forth on the attached.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-20-05

*[Judge's signature]*
Judge

Date: June 17, 2005

APPROVED:

*[Signature: Amy E. Ferguson]*
Larry H. Montgomery (9579)
Amy E. Ferguson (20750)
GLANKLER BROWN, PLLC
Attorneys for Defendants Republic-Franklin Insurance Company and Utica National Insurance Group
One Commerce Square, Suite 1700
Memphis, Tennessee 38103
901-525-1322

*[Signature: Robert A. McLean, by Amy E. Ferguson]*
Robert A. McLean (6516)
FARRIS, MATHEWS, BRANAN, BOBANGO, HELLEN & DUNLAP, PLC
Attorneys for Defendant Allianz Global Risks US Insurance Company
One Commerce Square, Suite 2000
Memphis, Tennessee 38103
901-259-7100

AND

G. Brian Odom (admitted pro hac)
Shannon O'Malley (admitted pro hac)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE, LLP
Attorneys for Defendant Allianz Global Risks US Insurance Company
1201 Main Street, Suite 3000
Dallas, Texas 75202
214-742-3000

F:\CLIENTS\Republic Franklin Insurance Company (15518)\City Center (34638)\Pleadings\new trial date.ord.doc

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:02-CV-02914 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Louis J. Miller
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Robert A. McLean
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Shannon S. Fite
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

G. Brian Odom
ZELLE HOFMANN VOELBEL MASON & GETTE
1201 Main St.
Ste 3000
Dallas, TX 75202

Shannon Marie O'Malley
ZELLE HOFMANN VOELBEL MASON & GETTE
1201 Main St.
Ste 3000
Dallas, TX 75202

Honorable Bernice Donald
US DISTRICT COURT