IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 17 PM 3: 30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

T.A. WINGO, Trustee of
T.A. COX TRUST
d/b/a CITY CENTER SHOPPING CENTER,

    Plaintiff,

v.                                                            No. 02-2914- DV

REPUBLIC-FRANKLIN INSURANCE COMPANY
and
UTICA NATIONAL INSURANCE GROUP,

    Defendants.

## REVISED RULE 16(b) SCHEDULING ORDER

It appearing to the Court that the Motion to Revise Scheduling Order and for New Trial Date is well taken and should be granted, the Rule 16(b) Scheduling Order of March 2, 2005 is hereby revised to reflect the following dates:

| | | |
|---|---|---|
| COMPLETING ALL DISCOVERY | | September 15, 2005 |
| (a) | Document Production: | September 15, 2005 |
| (b) | Depositions, Interrogatories and Request for Admissions: | September 15, 2005 |
| (c) | Expert Disclosure (Rule 26): | September 15, 2005 |
| (d) | Expert Depositions | October 13, 2005 |
| (e) | Filing Dispositive Motions | November 15, 2005 |

The trial of this matter, currently set to commence on October 17, 2005, is hereby continued to the first available date in May 2006 as determined by the Court.

The other relevant matters addressed in the Scheduling Order of June 16, 2004 shall remain in effect.

This Order has been entered after consultation with trial counsel pursuant to notice.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-20-05



IT IS SO ORDERED.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

F:\CLIENTS\Republic Franklin Insurance Company (15518)\City Center (34638)\Pleadings\Revised Rule 16(b) Scheduling Order.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:02-CV-02914 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Shannon S. Fite
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Robert A. McLean
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

G. Brian Odom
ZELLE HOFMANN VOELBEL MASON & GETTE
1201 Main St.
Ste 3000
Dallas, TX 75202

Louis J. Miller
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Shannon Marie O'Malley
ZELLE HOFMANN VOELBEL MASON & GETTE
1201 Main St.
Ste 3000
Dallas, TX 75202

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT