IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY ___ D.C.
05 OCT 11 PM 3: 03
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

T. A. WINGO, Trustee of
T. A. COX TRUST
d/b/a CITY CENTER SHOPPING CENTER,

    Plaintiff,

vs.                              Cause No. 02-2914-DV

REPUBLIC-FRANKLIN INSURANCE COMPANY
and
UTICA NATIONAL INSURANCE GROUP,
and
ALLIANZ GLOBAL RISKS US INSURANCE COMPANY
formerly known as Allianz Insurance Company,

    Defendants.

## ORDER AMENDING SCHEDULING ORDER

For good cause shown,

IT IS HEREBY ORDERED that the Expert Report Disclosure Deadline is extended to October 14, 2005, the Deposition Deadline (including experts) herein is extended to November 15, 2005; and that the Dispositive Motion Deadline is extended to January 31, 2006.

*[signature]*
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

DATE: October 8, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-12-05

2054362v1

(53)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:02-CV-02914 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Amy E. Ferguson
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert A. McLean
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Shannon S. Fite
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

G. Brian Odom
ZELLE HOFMANN VOELBEL MASON & GETTE
1201 Main St.
Ste 3000
Dallas, TX 75202

Louis J. Miller
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Shannon Marie O'Malley
ZELLE HOFMANN VOELBEL MASON & GETTE
1201 Main St.
Ste 3000
Dallas, TX 75202

Honorable Bernice Donald
US DISTRICT COURT